UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IT Trailblazers LLC | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| vs. | : | |
| FrontierBPM, Inc., | : | Rule 7.1 Statement |
| Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, IT Trailblazers LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Respectfully submitted,

THE BASIL LAW GROUP, P.C.

By: __s/ Robert J. Basil_____
Robert J. Basil (RB3410)
Attorney for IT Trailblazers, LLC
1270 Broadway, Suite 305
New York, NY 10001
(917) 512-3066
(831) 536-1075 (Fax)
robertjbasil@rjbasil.com